UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
GENE H. PULLEY ) CASE NO. 07-10406(1)(13)
THERESA K. PULLEY )
Debtor(s) )

ORDER

The above Chapter 13 case came before the Court on October 18, 2007 in Bowling Green, Kentucky before the Honorable Joan A. Lloyd for confirmation of the debtors' Chapter 13 Plan. The Court having considered statements of counsel for the debtors and of the Trustee, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that confirmation of the debtors' Chapter 13 Plan be, and hereby is, **DENIED** and that the above-styled Chapter 13 case is **DISMISSED**.

bcr